UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
INOCENIA A. BAEZ,                  )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 15-509S
                                   )
ELECTRIC BOAT CORP.,               )
                                   )
        Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On May 16, 2016, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") on Defendant's Partial Motion to Dismiss, recommending that this Court grant Defendant's Motion. (ECF No. 15.) No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).

The R&R is ADOPTED and Defendant's Partial Motion to Dismiss Plaintiff's Complaint (ECF No. 10) is GRANTED. The portion of Count I alleging a "refusal to disclose" claim under the Rhode

Island Fair Employment Practices Act and Count II in its entirety are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  July 22, 2016